UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARTHE S. DAIX, et al.,

                Plaintiffs,

  v.

OCWEN LOAN SERVICING LLC, et al.,

                Defendants.

Case No. C15-1013-RAJ

**REPORT AND RECOMMENDATION**

Plaintiff Toussaint P. Daix, proceeding *pro se*, filed a motion for leave to proceed in forma pauperis ("IFP") in this action. Dkt. 1. By order dated June 29, 2015, the Court informed plaintiffs Toussaint P. Daix and Marthe S. Daix that the application was deficient because it did not meet the requirements of Local Rule CR 3(b) and Federal Rule of Civil Procedure 11(a). Dkt. 3. The Court gave plaintiffs until July 29, 2015 to correct the deficiency by *each* submitting a completed IFP application and written consent for payment of costs form. *Id.* To date, plaintiffs have failed to correct the deficiency. Accordingly, the Court recommends that plaintiffs' single application for leave to proceed IFP be **DENIED,** and that plaintiffs be directed to pay the filing fee in this case or the case will be dismissed.

A proposed order accompanies this Report and Recommendation. Objections, if any, to this Report and Recommendation must be filed and served no later than **August 17, 2015**. If no

REPORT AND RECOMMENDATION - 1

objections are filed, the matter will be ready for the Court's consideration on **August 18, 2015**. Objections shall not exceed eight (8) pages.  The failure to timely object may affect the right to appeal.

DATED this 3rd day of August, 2015.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2