UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARTHE S. DAIX,

          Plaintiff,

v.

OCWEN LOAN SERVICING LLC, et al.,

          Defendants.

Case No. C15-1013-RAJ

**ORDER DENYING IFP APPLICATION AND DIRECTING PLAINTIFF TO PAY THE FILING FEE**

The Court, having reviewed the plaintiffs' application for leave to *proceed in forma pauperis* ("IFP") (Dkt. 1), the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, does hereby find and **ORDER**:

(1) The Court adopts the Report and Recommendation.

(2) Plaintiffs' single IFP application (Dkt. 1) is **DENIED**.

(3) The Clerk shall file the complaint only on receipt of the usual filing fee. If no filing fee is paid within 30 days of the date of this Order, the Clerk shall close the file.

(4) Given the Court's Order, plaintiff's motion for extension of deadline (Dkt. #5) is DENIED as MOOT.

ORDER DENYING IFP APPLICATION AND DIRECTING PLAINTIFF
TO PAY THE FILING FEE - 1

The Clerk is directed to send copies of this Order to plaintiffs and to Judge Tsuchida.

DATED this 2nd day of September, 2015.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

]

ORDER DENYING IFP APPLICATION AND DIRECTING PLAINTIFF
TO PAY THE FILING FEE - 2