Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARTHE S. DAIX, et al.,

    Plaintiffs,

v.

OCWEN LOAN SERVICING LLC, et al.,

    Defendants.

No. C15-1013RAJ

ORDER OF DISMISSAL

On June 24, 2015, Plaintiffs submitted a request to proceed *in forma pauperis* ("IFP"). On June 29, 2015, Magistrate Judge Brian A. Tsuchida entered an order declining to review the IFP application because it did not meet the requirements of Local Rule CR 3(b) and Federal Rule of Civil Procedure 11(a), and granting leave to correct the deficiencies set forth in the order.

On August 3, 2015, there being no correction of the deficiencies noted in his earlier order, Judge Tsuchida entered an order recommending to this Court that Plaintiffs' application for leave to proceed IFP be denied, and that Plaintiffs be directed to pay the filing fee in this case or the case would be dismissed.

On September 2, 2015, this Court entered an order adopting Judge Tsuchida's report and recommendation, denying Plaintiffs' IFP application, and ordering that if Plaintiffs did not pay the filing fee within 30 days, the clerk would close the file in this matter.

ORDER OF DISMISSAL – 1

1  As more than 30 days have elapsed since entry of the Court's order and
2  Plaintiffs have not paid the applicable filing fees, this matter is DISMISSED without
3  prejudice.
4  DATED this 5th day of October, 2015.

5
6  *[signature: Richard A. Jones]*
7  The Honorable Richard A. Jones
   United States District Judge

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER OF DISMISSAL – 2